**Fill in this information to identify the case:**

Debtor      Bionica Inc.

United States Bankruptcy Court for the:     Eastern     District of     California
                                                                    (State)

Case number      21-21751-E-11
(If known)

☐ Check if this is an
   amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>MP Holdings,<br>3140 Peacekeeper Way<br>McClellan Park, CA 95652<br><br>Date or dates debt was incurred<br>May 12 2021<br><br>Last 4 digits of account number ___ ___ ___ ___<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__B__) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>Basis for the claim:<br>Monthly Rental - Disputed & Offset<br><br>Is the claim subject to offset?<br>☐ No<br>☑ Yes | $ Rental disputed | $ Future Months |
| **2.2** | Priority creditor's name and mailing address<br>Carol Cottrell<br>5112 Bailey Loop<br>McClellan, CA 95652<br><br>Date or dates debt was incurred<br> April 1, 2020 - April 1, 2021<br><br>Last 4 digits of account number ___ ___ ___ ___<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>wages<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $ 48,006 | $ 10,000 |
| **2.3** | Priority creditor's name and mailing address<br>John J. Fitzgerald<br>5112 Bailey Loop<br>McClellan, CA 95652<br><br>Date or dates debt was incurred<br>April 1, 2020 - April 1, 2021<br><br>Last 4 digits of account number ___ ___ ___ ___<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>Loan and Wages 48,006<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $ 118,006 | $ 10,000 |

Debtor   **Bionica Inc.**

Name

Case number *(if known)* 21-21751-E-11

| Part 1. | Additional Page |
|---------|-----------------|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

---

**2..4** Priority creditor's name and mailing address

Trevor L. Gilbert
5112 Bailey Loop
McClellan CA 95652

$   183,536    $   10,000

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
April 1, 2020 - April 1, 2021

**Basis for the claim:**
Debt payment plus Wages of 49,054

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

---

**2..5** Priority creditor's name and mailing address

Travis Gilbert
5112 Bailey Loop
McClellan, CA 95652

$   35,360    $   10,000

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
April 1, 2020 - April 1, 2021

**Basis for the claim:**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

---

**2..6** Priority creditor's name and mailing address

Edward Iaconis
5112 Bailey Loop
McCellan CA 95652

$   143,006    $   10,000

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Loans and Wages of 48,006

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

---

**2..7** Priority creditor's name and mailing address

Portescap India Ptd Ltd.
110 Westtown Road, West Chester, PA 19382

$   1,544,200    $   Unk

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Ongoing vendor supplier

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (362)

---

Debtor __Bionica Inc._____
      Name

Case number (*if known*) __21-21751-E-11__

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**
Thomas T. Aoki  & Aoki Diabetes Research Institute

1031 El Sur Way
Sacramento, CA 95862

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Patent Litigation

$ _____ Unk, on appeal

**Date or dates debt was incurred** February 11, 20201

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address**
AT & T.

PO Box 5025,
Carol Stream, IL 60197

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Telephone services

$ _____ 2,461

**Date or dates debt was incurred** Nov 24 2020

**Last 4 digits of account number** 9757 __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address**
Consolidated Communications

PO Box 66523,
St. Louis, MO 63166

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** web services

$ _____ 476

**Date or dates debt was incurred** April 2021

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address**
Engineer Mechanical Contractor Inc.

PO Box 66523, St. Louis, MO 63166

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 04-Bio 001

$ _____ 2,641

**Date or dates debt was incurred** April 2021

**Last 4 digits of account number** none __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address**
Henry Schein

135 Duryea Rd., Melville, NY 11747

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Medical supplies

$ _____ 354

**Date or dates debt was incurred** Sep 21 2020

**Last 4 digits of account number** 8921 __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address**
John Kroner

201 Ocean Ave, Santa Monica CA 90402

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Loan

$ _____ 125,000

**Date or dates debt was incurred** Aug 2018

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor  Bionica Inc.
_____
Name

Case number *(if known)* 21-21751-E-11

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.7** Nonpriority creditor's name and mailing address
Sacramento Suburban Water

426 7th Ave,
New York, NY 10001

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Loan

Date or dates debt was incurred: Sept 2016
Last 4 digits of account number: None __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 747

---

**3.8** Nonpriority creditor's name and mailing address
McKesson Medical

PO Box 51020,
Los Angeles, CA 90051

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Medical supplies

Date or dates debt was incurred: Mar 2021
Last 4 digits of account number: 8298 __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,152

---

**3.9** Nonpriority creditor's name and mailing address
Olin Edward and Anne F trust of 2003

5833 River Oak Way
Carmichael, CA 95608

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loans

Date or dates debt was incurred: 2000
Last 4 digits of account number: __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,850,000

---

**3.10** Nonpriority creditor's name and mailing address
Paycheck of New York LLC

PO Box 4482, Carol Stream, IL 60197

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Paycheck services

Date or dates debt was incurred: May 10, 2021
Last 4 digits of account number: __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,069

---

**3.11** Nonpriority creditor's name and mailing address
Ready Refresh by Nestle

PO Box 856158, Louisville, KY 40285

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred: Mar 2, 2021
Last 4 digits of account number: __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 268

---

Debtor    Bionica Inc.
         Name

Case number (if known)    21-21751-E-11

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|--------------------------------------------------|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Alison E. Geddes, Atty at Law<br>Trainor Fairbrook<br>980 Fulton Ave<br>Sacramento, CA 95825 | Line 2.1<br>☐ Not listed. Explain<br>Atty for MP Holdings | __ __ __ __ |
| 4.2. | Robert Kohn, Atty at Law<br>100 Wilshire Blvd, Suite 700<br>Santa Monica, CA 90401 | Line 2.7<br>☐ Not listed. Explain<br>Atty for Portescap | __ __ __ __ |
| 4.3. | Duyen Nguyễn, Atty at Law<br>DTN Law Group<br>355 1st Street, S2006<br>San Francisco, CA 94105 | Line 3.1<br>☐ Not listed. Explain<br>Atty for Aoki & ADRI | __ __ __ __ |
| 4.4. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.12. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.__ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor _____Bionica Inc._____
       Name

Case number (*if known*)__21-21751-E-11__

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|--|--|------------------------|
| 5a. **Total claims from Part 1** | 5a. | $ 2,028,914 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 2,109,421 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 4,138,335 |