# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re  
BIONICA INC.,  
         Debtor.

Case No. 21-21751-E-11  
Docket Control No. RHS-1  

DATE: June 22, 2021 [specially set]  
TIME: 1:30 p.m.  
DEPT: E  

## ORDER TO SHOW CAUSE
## DISMISSAL OF CASE FOR FAILURE TO FILE DOCUMENTS

On May 11, 2021, Bionica Inc, the Debtor and Debtor in Possession, commenced this voluntary Subchapter V Case. When filed, the Debtor had not included some of the required documents to commence and proceed with prosecuting this Subchapter V Case. The Clerk of the Court issued a Notice of Incomplete Filing and Notice of Intent to Dismiss if the Debtor did not have all of the missing documents filed by May 25, 2021.

While the Debtor filed substantially all of the missing documents on May 25, 2021; Dckts 15, 16, 17, 18, 19, 20, 21,22, and 23; it appears that the following required documents have not been filed:

♦     List of Equity Security Holders, and

♦     Statement Re: Corporate Debtor

It appears that this may have been an oversight. In getting all the Schedules, Statement of Financial Affairs, and Attorney's Disclosure Statement, the above documents may have been dismissed.

In light of the documents filed, the disruption for the Debtor/Debtor in Possession, creditors, Subchapter V Trustee, and other parties in interest, and good cause appearing;

1     **IT IS ORDERED** that Bionica, Inc., the Debtor and the Debtor in Possession, shall show
2 cause at **1:30 p.m. on June 22, 2021**, why this bankruptcy case should not dismissed if the List of
3 Equity Security Holders and the Statement Re: Corporate Debtor have not been filed on or before
4 **June 18, 2021**.

5     **IT IS FURTHER ORDERED** that Treavor L. Gilbert, the President of Debtor signing the
6 Bankruptcy Petition, and Roderick MacKenzie, and each of them, shall appear **telephonically** at the
7 **1:30 p.m., June 22, 2021** hearing on this order to show cause.

8     **IT IS FURTHER ORDERED** that if the above identified documents are not filed by
9 June 18, 2021, a written Response stating the grounds why the Debtor and Debtor in Possession
10 assert this bankruptcy case should not be dismissed shall be filed and served on the Subchapter V
11 Trustee and the U.S. Trustee on or before **June 18, 2021**.

12 **Dated:** June 01, 2021              By the Court

                                              Ronald H. Sargis, Judge
                                              United States Bankruptcy Court

# Instructions to Clerk of Court
**Service List - Not Part of Order/Judgment**

**The Clerk of Court is instructed to** send the Order/Judgment or other court generated document transmitted herewith *to the parties below*. The Clerk of Court will send the document via the BNC or, if checked _____, via the U.S. mail.

| **Debtor(s)** | **Attorney(s) for the Debtor(s)** (if any) |
|---|---|
| **Bankruptcy Trustee** (if appointed in the case) | Office of the U.S. Trustee<br>Robert T. Matsui United States Courthouse<br>501 I Street, Room 7-500<br>Sacramento, CA 95814 |
| **Attorney(s) for Trustee** (if any) | Roderick L. MacKenzie<br>1107 Second Street, Ste. 330<br>Sacramento, CA 95814 |
| Treavor L. Gilbert<br>c/o Bionica, Inc.<br>5112 Bailey Loop<br>McClellan, CA 95652 | |